**Order entered December 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00466-CR

**JUAN MANUEL AREVALOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00219-M**

### ORDER

Before the Court is appellant's December 30, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on January 29, 2021.

/s/    BILL PEDERSEN, III
       JUSTICE